JOHN COLETTI, OSB No. 942740
Paulson Coletti
385 First Street, Suite 217
Lake Oswego, OR 97034
Tel: (503) 226-6361
Fax: (503) 226-6276
John@paulsoncoletti.com
 Attorney for Plaintiff

NADIA DAHAB, OSB No. 125630
Sugerman Dahab
101 SW Main St., Suite 910
Portland, OR 97204
Tel: (503) 228-6474
Nadia@sugermandahab.com
 Attorney for Plaintiff

JOSHUA CALLAHAN, OSB No. 110853
KRISTI GIFFORD, OSB No. 231335
Jacobs Wilson Callahan
10423 SE 23rd Avenue
Milwaukie, OR 97222
Tel: (503) 765-8800
Fax: (503) 210-7997
Joshua@jwclawyers.com
Kristi@jwclawyers.com
 Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DISTRICT

| | |
|---|---|
| GARRY CUNANAN,<br><br>  Plaintiff,<br> v.<br><br>AMAZON.COM SERVICES LLC,<br><br>  Defendant. | Case No. 3:26-cv-00692<br><br>COMPLAINT<br>Product Liability Action, Negligence, and Recklessness<br><br>DEMAND FOR JURY TRIAL |

---

### **INTRODUCTION**

1. This is an action for monetary relief to redress the tort action secured to Plaintiff under strict product liability and under common law negligence and recklessness.

Page 1 – COMPLAINT

## JURISDICTION

2. Jurisdiction is conferred upon this Court by 28 USC §1332.

3. Venue is appropriate in the District of Oregon pursuant to 28 U.S.C. § 1391(b)(2) because the Plaintiff's claims arose in this judicial district.

## PARTIES

4. Plaintiff GARRY CUNANAN is a resident in Washington County, Oregon. Garry Cunanan was and is a final consumer and user of a "Ridstar Q20" electric bicycle ("the bike"). The bike was distributed and sold to Plaintiff by defendant Amazon.com Services LLC.

5. Defendant AMAZON.COM SERVICES LLC (hereinafter "Amazon") is a Delaware corporation with a principal place of business at 410 Terry Avenue North, Seattle, Washington 98019. Amazon offered the bike for sale, distributed the bike to the Plaintiff, and sold the bike to Plaintiff and/or Plaintiff's family members as a final consumer. This Court has personal jurisdiction over Amazon because Amazon conducts regular and sustained business throughout Oregon, including within all counties in the State of Oregon.

## THE INCIDENT

6. Plaintiff and Plaintiff's spouse purchased a Ridstar Q20 electric bicycle as a gift for the Plaintiff's teenage step-son through Amazon on August 14, 2025, under order number 111-6122532-1641013.  The bike was offered for sale by Amazon through its webpage located at: "https://www.amazon.com/dp/B0D7CK2DWF?ref=ppx_pop_mob_ap_share&th=1".

7. Plaintiff would not have purchased the bike but for Amazon's web page.

8. The bike was delivered to the Plaintiff by Amazon through Amazon's chosen carrier at the Plaintiff's residence on August 18, 2025.

**JACOBS WILSON CALLAHAN**
10423 SE 23rd Avenue • Milwaukie, OR 97222
Phone: (503) 765-8800 • Fax: (503) 210-7997

9. Plaintiff, together with his spouse and step-son, partially assembled the bike after it was delivered.  Plaintiff and his family members followed the assembly instructions and made no alterations to the bike from the condition in which it was sold to Plaintiff.

10. The bike is designed in a way in which the front tire is held on exclusively by the open-dropout fork frame, a shaft, shim, lock washer, tab washer, and a nut. The package, as delivered by Amazon, contains no additional component parts for the front tire assembly aside from those listed.  The assembly instructions for the front tire of the Ridstar Q20 bike exclusively include the following:

    (a) "Turn the bike upside down
        Adjust the height of the seat and rotate the angle of the dashboard to avoid direct contact with the ground"
    (b) "Remove the fork protector
        A: The protective shaft can be removed and thrown away"
    (c) "Thread this shaft through the front wheel"
    (d) "Put the wheel in the front fork
        Disc brake disc alignment clamp card slot"
    (e) "Install shim and nuts on both sides of the wheel then tighten it with the installation tools."

11. When attaching the front tire to the bike, Plaintiff's spouse followed the assembly instructions and additionally consulted a YouTube video located at web page "https://www.youtube.com/watch?v=__ruUMYdXSU".  When assembling the bike, and in the absence of an assembly instruction otherwise by the defendant, Plaintiff assembled the shim and nut components according to the order suggested in the YouTube video.  Plaintiff's spouse securely tightened the front tire assembly prior to use by the Plaintiff.

12. On August 20, 2025, the Plaintiff was test riding the bike on behalf of his teenage step-son outdoor near his residence.  Plaintiff was traveling at approximately 20/21 miles per hour when the front tire assembly suddenly malfunctioned and the front tire became removed from the bike during use.

Page 3 – COMPLAINT

13. Plaintiff was unable to safely stop the bike due to the malfunction. Without the front tire, the fork frame of the bike struck the pavement in front of the Plaintiff. As a result, Plaintiff Garry Cunanan was thrown from the bike landing directly on his face. Plaintiff sustained severe injuries including, but not limited to, numerous facial fractures, disfigurement, dental deformity, and maxillofacial deformity.

14. The bike malfunctioned and injured Plaintiff Garry Cunanan because of its defective design, manufacture, distribution, and warning.

## GENERAL ALLEGATIONS

15. The bike's defective condition(s) made the product unreasonably dangerous for its designed, intended, and foreseeable uses.

16. An ordinary consumer does not expect that the bike's front tire will malfunction, fail, or become removed while in use.

17. The bike's defective and unreasonably dangerous condition actually and foreseeably caused Plaintiff to fall and sustain the injuries that he did.

18. Amazon offered the bike for sale on its web page. The bike was described in the Amazon product description as "Electric Bike for Adults Q20, 2000/1500W, 37/30MPH, 52V 04AH, 48V/20AH E-Bike, 30-180 Miles Electric Motorcycle, 20" Fat Tire Dirt Bike, UL2849 All Terrain For Mountains, Snow, Sand, Road."

19. The bike was delivered by Amazon with assembly instructions, components, and tools contained within the package in which the bike was delivered.

20. The assembly instruction manual delivered by Amazon with the bike includes in a table of safety information that "Wheel quick release adjustment" should be inspected before every ride and that it should be repaired or replaced if necessary. Unlike other designs by Ridstar,

JACOBS WILSON CALLAHAN
10423 SE 23rd Avenue • Milwaukie, OR 97222
Phone: (503) 765-8800 • Fax: (503) 210-7997

the design of the Ridstar Q20 bike does not include a "Wheel quick release adjustment" component.

21. Amazon indicates, through its web page: "Note: Front tires must be securely installed. Self-modification may pose safety risks. Contact support if needed."[1]

22. Amazon collected revenue from the sale of the bike to the Plaintiff, as well as fees for shipping and handling for the distribution of the bike to the Plaintiff.

23. Amazon chose the freight carrier for delivery.

24. Amazon offers purchase discounts to Amazon Prime members and Prime Visa holders.

25. Amazon takes title to items returned by customers who purchase the bike through Amazon, including, on information and belief, the Ridstar Q20 bike sold by Amazon through its web page(s), if it is returned by a consumer.

26. Amazon charges its partner sellers, in an amount determined by Amazon, unit fees, multiplier fees, sales commissions, and processing fees for each bike purchased by a consumer, such as the Plaintiff, through Amazon's web page and collects a profit after each sale of the bike.

27. Amazon controls all aspects of customer returns and refunds for the bike.

28. At all times, Amazon retained the power to remove the bike for sale through its website, including removing the web page at which the bike could be purchased.

29. Amazon controls access to customer reviews of the bike through its web page(s).

30. Amazon controls the selection of all intermediary distributors of the bike, the assignment of which is compulsory to the purchaser, and was so compulsory to the Plaintiff in this case. The intermediary for the sale involving the bike purchased by the Plaintiff is "YVY Bikes."

---

[1] www.amazon.com/Ridstar-Electric-Motorcycle-Terrain-Mountains/dp/B0D7CK2DWF/ref=cm_cr_arp_d_product_top?ie=UTF8&th=1, last visited September 18, 2025.

Page 5 – COMPLAINT

JACOBS WILSON CALLAHAN
10423 SE 23rd Avenue • Milwaukie, OR 97222
Phone: (503) 765-8800 • Fax: (503) 210-7997

Other intermediaries known to the Plaintiff involved in other sales of the Ridstar Q20 bike include, but may not be limited to, "SZD EBike Store," "Oumeida Ebike-US," and "ZIPTRAIL Ebike-US."

31. Amazon uses its own electronic/automated messaging assistant for communicating with purchasers about the bike after a sale. Amazon controls all communication between the customer and the intermediary seller, or other partner sellers, and prevents customers from contacting the intermediary or partner sellers directly. When Plaintiff's spouse utilized the messaging assistant to attempt contact with Amazon's partner sellers related to the bike, Amazon sent the following message to the Plaintiff's spouse:

> "IMPORTANT NOTICE: When you submit this form, Amazon will replace your email address with one provided by Amazon in order to protect your identity and forward the message on your behalf. Amazon will retain copies of all e-mails sent and received using this service, including the message you submit below, and may review these messages as necessary to resolve disputes. By using this service, you consent to this action.
>
> Amazon uses filtering technology to protect buyers and sellers and to identify possible fraud. Messages that fail this filtering – even if they are not fraudulent – will not be transmitted. This form is for use by Amazon customers to ask product-related questions to Amazon store sellers. The use of this form to send unrelated messages to sellers is strictly prohibited. Find out more about Amazon's Privacy Notice and Conditions of Use."

32. Amazon sets the purchase price for the Ridstar Q20 bike when it sells and distributes the bike to customers through its web page(s). When sold to the Plaintiff on August 14, 2025, the purchase price was $489 for the bike and $250 for the cost of shipping and handling. When sold to another Oregon consumer on March 12, 2025, the purchase price was $699 for the bike and $250 in shipping and handling. When sold to another Oregon consumer on July 11, 2025 the purchase price was $619 for the bike and $300 for shipping and handling. When sold to another Oregon consumer on September 18, 2025, the purchase price was $649 for the bike and $200 for shipping and handling.

Page 6 – COMPLAINT

33. Amazon permits consumers to write reviews of products for sale on its web page(s), including for the Ridstar Q20, and reserves the right to remove or edit the content of all customer reviews.

34. Amazon controls the presentation of customer reviews on its web page(s), including locating the highest rated customer reviews at the top, or on the same page as the product details, and the lowest rated reviews, including those related to product safety at the bottom, or on separate pages from the product details.  The customer reviews related to product safety of the bike are, or were, latent on Amazon's web page at which the Plaintiff purchased the bike. Following are reviews from the Amazon web page where Plaintiff purchased the bike:

   (a) May 8, 2025

   "Life-Threatening Safety Issue – Do Not Buy
   This bike is a serious life-threatening hazard. The front wheel detached before my 13-year-old even rode it, and the seller acknowledged the issue. They promised a refund and replacement parts, but neither were delivered.
   Even worse, they insisted I withdraw my A-to-Z claim and change my review first, which I did in good faith. Still—No refund, no parts. I've repeatedly asked them to pick up the bike, and they continue to stall with excuses and delays.
   The most disappointing part is that Amazon's A-to-Z Guarantee has been no help, despite clear documentation and safety concerns.
   This isn't just bad service—it's a failure to act on a product that could cause real harm. Avoid this product and seller at all costs.

 Sunil S Ranka

   **Life-Threatening Safety Issue – Do Not Buy**
   Reviewed in the United States on May 8, 2025
   **Verified Purchase**

   This bike is a serious life-threatening hazard. The front wheel detached before my 13-year-old even rode it, and the seller acknowledged the issue. They promised a refund and priority replacement parts, but neither were delivered.

   Even worse, they insisted I withdraw my A-to-Z claim and change my review first, which I did in good faith. Still—no refund, no parts. I've repeatedly asked them to pick up the bike, and they continue to stall with excuses and delays.

   The most disappointing part is that Amazon's A-to-Z Guarantee has been no help, despite clear documentation and safety concerns.

/ / /

Page 7 – COMPLAINT

**JACOBS WILSON CALLAHAN**
10423 SE 23rd Avenue • Milwaukie, OR 97222
Phone: (503) 765-8800 • Fax: (503) 210-7997

This isn't just bad service—it's a failure to act on a product that could cause real harm. Avoid this product and seller at all costs.



26 people found this helpful

( Helpful )    Report

(b) June 19, 2025

"Dangerous bike – wheel fell off!
Please do not purchase this bike. My 15 year old son had this bike for only a few days when the wheel came off while riding on paved neighborhood road. He sustained many injuries from the fall off the bike. The wheel was on correctly – it was not an assembly failure. I found out afterwards that someone else in our same town had the exact same thing happen with their teenage son. Please don't purchase this bike!! And wear full face helmet and other protective gear if you do."

 NWARshopper

**Dangerous bike- wheel fell off!**
Reviewed in the United States on June 19, 2025
**Verified Purchase**

Please do not purchase this bike. My 15 year old son had this bike for only a few days when the front wheel came off while riding on paved neighborhood road. He sustained many injuries from the fall off the bike. The wheel was on correctly - it was not an assembly failure. I found out afterwards that someone else in our same town had the exact same thing happen with their teenage son. Please don't purchase this bike!! And wear full face helmet and other protective gear if you do.

12 people found this helpful

( Helpful )    Report

(c) July 5, 2025

"Front wheel fell off while riding.
Front wheel fell off while riding just over one month after purchase. Be very cautious when shopping for one of these bikes."

 Amazon Customer

**Front wheel fell off while riding.**
Reviewed in the United States on July 5, 2025
Color: Q20-Peak 1500W 48V 15.6AH    **Verified Purchase**

Front wheel fell off while riding just over one month after purchase. Be very cautious when shopping for one of these bikes.

2 people found this helpful

( Helpful )    Report

Page 8 – COMPLAINT

**JACOBS WILSON CALLAHAN**
10423 SE 23rd Avenue • Milwaukie, OR 97222
Phone: (503) 765-8800 • Fax: (503) 210-7997

(d) July 10, 2025

"And this is after a month
Why did you pick this product vs others?:
The wheel fell off while my son was riding it!"

 george fanelli

**And this is after a month**
Reviewed in the United States on July 10, 2025
**Verified Purchase**

Why did you pick this product vs others?:
The wheel fell off while my son was riding it!



3 people found this helpful

( Helpful )    Report

(e)  August 2, 2025

"How do I contact this company for malfunctioning bike/tire?
Front wheel came off as my child was riding, resulting in significant injuries and
damage to the bike. How do I get a hold of this company?"

Michelle

**How do I contact this company for malfunctioning bike/tire?**
Reviewed in the United States on August 2, 2025
Front wheel came off as my child was riding, resulting in significant injuries and damage to|the bike.
How do I get a hold of this company?

2 people found this helpful

( Helpful )    Report

(f)  August 9, 2025

"Death bike/ front wheel falls off while riding
Do not buy this bike !!!! Front wheel fell off while my son was riding and resulted in
serious injuries. This is apparently a known problem . Do not buy !!!"

**JACOBS WILSON CALLAHAN**
10423 SE 23rd Avenue • Milwaukie, OR 97222
Phone: (503) 765-8800 • Fax: (503) 210-7997

 Ross Gelman

**Death bike/ front wheel falls off while riding**

Reviewed in the United States on August 9, 2025

**Verified Purchase**

Do not buy this bike !!!! Front wheel fell off while my son was riding and resulted in serious injuries. This is apparently a known problem . Do not buy !!!



One person found this helpful

( Helpful )      Report

(g) August 13, 2025

"DANGEROUS!! Front wheel falls off while driving!
**Update** The seller was very responsive to the complaint and offered two options (replacement or 80% refund). We accepted the refund as we no longer felt safe with the product.
I should have listened to all the other reviews about the front wheel falling off, because it happened to my 14 year old son after only two months of riding. He crashed and was injured due to it. Terrible quality. Do not recommend. I reached out to the seller to file the complaint. Not sure I would even feel safe with him riding it again even if they do fix it."

 Amazon Customer

**DANGEROUS!! Front wheel falls off while driving!**

Reviewed in the United States on August 13, 2025

**Verified Purchase**

**Update** The seller was very responsive to the complaint and offered two options (replacement parts or 80% refund). We accepted the refund as we no longer felt safe with the product.

I should have listened to all the other reviews about the front wheel falling off, because it happened to my 14 year old son after only two months of riding. He crashed and was injured due to it. Terrible quality. Do not recommend. I reached out to the seller to file the complaint. Not sure I would even feel safe with him riding it again even if they do fix it.

4 people found this helpful

( Helpful )      Report

(h) August 17, 2025

"Piece of junk people will get hurt
So two major issues with this bike. The front wheel came off the Ridstar I got my kid while he was riding. I investigated and apparently it's a problem for others.

**JACOBS WILSON CALLAHAN**
10423 SE 23rd Avenue • Milwaukie, OR 97222
Phone: (503) 765-8800 • Fax: (503) 210-7997

Also our neighbor caught the fact that if you take the rear fender off it while break our motor. How? The screw for the fender holds the motor in place. He had to get a new motor for his but saved mine before it stripped.
This is a terrible piece of junk and someone's going to get hurt because of poor China build."

 MikeC

**Piece of junk people will get hurt**
Reviewed in the United States on August 17, 2025
**Verified Purchase**

So two major issues with this bike. The front wheel came off the Ridstar I got my kid while he was riding. I investigated and apparently it's a problem for others.

Also our neighbor caught the fact that if you take the rear fender off it while break your motor. How? The screw for the fender holds the motor in place. He had to get a new motor for his but saved mine before it stripped.

This is a terrible piece of junk and someone's going to get hurt because of poor China build.



2 people found this helpful

Helpful        Report

(i) September 14, 2025

"Do not buy this bike
Do NOT buy this bike. My son just got extremely injured! The front tire fell off and he wrecked very badly. Ambulance had to come if I could give it zero stars I would!"



35. Amazon makes representations about the quality of the bike and minimizes the safety concerns present in the customer reviews. The Amazon artificial intelligence ("AI") summarized the customer reviews of the bike as:

///

///

///

JACOBS WILSON CALLAHAN
10423 SE 23rd Avenue • Milwaukie, OR 97222
Phone: (503) 765-8800 • Fax: (503) 210-7997

"Customers find the electronic bike to be well-built and easy to assemble, with good speed and value for money. The performance receives mixed feedback – while some say it performs well, others report that the throttle stops working and the bike stops working after less than a month of use. Similarly, battery life and build quality show mixed results, with some praising the battery life while others experience poor charging problems, and while some find it well-built, others report durability issue with the front wheel coming off."[2]

36. Amazon retains the power to recall the bike and it is in a position to halt the flow of defective goods of which it becomes aware. Amazon employs a product safety manager and other similarly situated employees who, in part, serve the purpose of halting the flow of defective goods into the stream of commerce. Amazon did not recall the bike at any time prior to the Plaintiff's purchase or thereafter.

37. Costumers of Amazon, including the Plaintiff, reasonably rely upon Amazon's services to monitor product complaints, to remove unsafe consumer products, and to prevent the sale of defective products.

38. Amazon is responsible for advertising the bike for sale and creating demand for the bike through its web page(s).

39. Amazon knew or should have known that the bike was in a defective and unreasonably dangerous condition when it placed the product in the stream of commerce.

---

[2] www.amazon.com/Ridstar-Electric-Motorcycle-Terrain-Mountains/dp/B0D7CK2DWF/ref=cm_cr_arp_d_product_top?ie=UTF8&th=1, last visited September 18, 2025.

Page 12 – COMPLAINT

## FIRST CLAIM FOR RELIEF
## STRICT PRODUCT LIABILITY

Plaintiff re-alleges and incorporates paragraphs 1 through 39 of this Complaint as if fully stated herein.

40. The bike, distributed or sold by Amazon, was unreasonably dangerous and defective, and Amazon is strictly liable in one or more of the following particulars:

(a) In failing to include with the bike front tire components resistant to loosening;

(b) In utilizing an unsafe design in which loosening resistant safety measures were not used to keep the front tire on the bike; and

(c) In failing to adequately instruct on the proper assembly of the front tire when the foreseeable risks of harm posed by the removal of the front tire during use could have been reduced or avoided by the provisions of reasonable instructions or warnings.

## SECOND CLAIM FOR RELIEF
## NEGLIGENCE AND/OR RECKLESSNESS

Plaintiff re-alleges and incorporates paragraphs 1 through 39 of this Complaint as if fully stated herein.

41. A substantial factor and cause of the incident, as described above, was the direct and foreseeable result of Amazon's negligence and/or recklessness in one or more of the following particulars:

(a) In failing to identify the bike as an unsafe product because of the front tire becoming removed from the bike during use;

(b) In failing to remove the bike as an item for sale on Amazon, despite prior notice of a dangerous condition;

/ / /

Page 13 – COMPLAINT

(c) In ignoring, or otherwise failing to inspect, consumer reviews and/or complaints related to safety concerns surrounding the front tire of the bike;

(d) In failing to recall the bike at any time prior to the Plaintiff's purchase;

(e) In failing to ensure the bike was designed, manufactured, produced, distributed, and sold in a condition that was not defective or injurious to users;

(f) In failing to adequately warn the Plaintiff about the dangerous condition of the bike;

(g) In failing to adequately instruct on the proper assembly of the front tire;

(h) In allowing its partner sellers to continue to sell and/or promote the defective bike through Amazon, despite numerous customer reviews raising concern for the safety of the bike;

(i) In deliberately minimizing the critical safety issues surrounding the front tire assembly; and

(j) In inadequately characterizing the critical safety issues surrounding the front tire assembly of the bike as a durability issue.

## THIRD CLAIM FOR RELIEF
## PUNITIVE DAMAGES

42. Pursuant to ORS 31.730 and ORS 30.925, Plaintiff may be entitled to recover punitive damages against Amazon, which acted with malice or which has shown a reckless and outrageous indifference to a highly unreasonable risk of harm and which has acted with a conscious indifference to the health, safety, and welfare of the Plaintiff.

## PLAINTIFF'S INJURIES AND DAMAGES

43. As a direct, proximate, and foreseeable result of the negligence and/or recklessness of the defendant, and as a result of the unreasonably dangerous and defective condition of the bike, Plaintiff suffered economic damages consisting of his past and future medical and dental care

Page 14 – COMPLAINT

expenses, including but not limited to, clinical and home care for the cost of assistance with Plaintiff's activities of daily living, in a reasonable amount to be determined by a jury at trial. Plaintiff reserves the right to amend this paragraph up to and including at the time of trial.

44. As a direct, proximate, and foreseeable result of the negligence and/or recklessness of the defendant, and as a result of the unreasonably dangerous and defective condition of the bike, Plaintiff was caused to suffer economic damages consisting of his past and future loss of income in a reasonable amount to be determined by a jury at trial. Plaintiff reserves the right to amend this paragraph up to and including at the time of trial.

45. As a direct, proximate, and foreseeable result of the negligence and/or recklessness of the defendant, and as a result of the unreasonably dangerous and defective condition of the bike, Plaintiff suffered injury to the muscles, nerves, tendons, ligaments, bones and soft tissues of his face and head, including numerous orthopedic and dental fractures requiring surgery and the implantation of hardware.  The consequences of Plaintiff's injuries are permanent, including, but not limited to, disfigurement, dental deformity, and maxillofacial deformity. Plaintiff's injuries have caused him to suffer non-economic damage in the form of past pain and suffering as well as loss of enjoyment of life, mental and emotional humiliation, distress, loss of peace of mind, and inability to engage in usual activities apart from gainful employment in a reasonable amount to be determined by a jury at trial. Plaintiff reserves the right to amend this paragraph up to an including at the time of trial.

46. WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

(a) For Plaintiff's total economic damages consisting of past and future medical expenses in an amount to be determined by a jury at trial;

Page 15 – COMPLAINT

(b) For Plaintiff's total economic damages consisting of past and future lost wages in an amount to be determined by a jury at trial;

(c) For Plaintiff's total non-economic damages in an amount to be determined by a jury at trial;

(d) For punitive damages in an amount to be determined by a jury at trial;

(e) For Plaintiff's costs and disbursements incurred herein; and

(f) For such other relief as the court deems just and equitable.

## **DEMAND FOR JURY TRIAL**

47. Plaintiff makes a demand for a jury trial.

DATED April 7, 2026.

By:

*/s/ Joshua V. Callahan*
Joshua Callahan, OSB No. 110853
Joshua@jwclawyers.com
Kristi Gifford, OSB No. 231335
Kristi@jwclawyers.com
John Coletti, OSB No. 942740
John@paulsoncoletti.com
Nadia Dahab, OSB No. 125630
Nadia@sugermandahab.com
       Of Attorneys for Plaintiff

A TRIAL BY JURY IS HEREBY DEMANDED.

Joshua Callahan, OSB No. 110853
TRIAL ATTORNEY

Page 16 – COMPLAINT